UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
09 DEC 31 PM 2:24

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 09CR4237-MMA |
| ) | JUDGMENT AND COMMITMENT |
| v. ) | |
| ) | ERICK L. GUZMAN, F.D. |
| ERNESTO QUINTANA-AYALA ) | Defendant's Attorney |
| ) | |

REGISTRATION NO. 17425298

VIOLATION: 8 U.S.C. 1325 - ILLEGAL ENTRY (MISDEMEANOR)

__x__ Defendant pleaded guilty to count 1s of the Superseding Information (Misdemeanor)
____ Count(s)_____ dismissed on the government's oral motion.
__X__ Underlying        Information        dismissed on the government's oral motion.

**JUDGMENT AND COMMITMENT**

__x__ Defendant is adjudged guilty on count 1s of the Superseding Information (Misdemeanor)

The defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of
Six (6) Months.

__x__ NO SUPERVISED Release/Probation imposed.
on the following conditions:
____ obey all laws, Federal, State and Municipal
____ comply with all lawful rules and regulations of the probation department
____ not possess any narcotic drug or controlled substance without a lawful medical prescription
____ not transport, harbor or assist undocumented aliens
____ not reenter the United States illegally
____ not possess any firearm, destructive device or any other dangerous weapon
____ submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer
____ the court waives the mandatory drug testing condition based on the court's determination that the defendant poses a low risk of future substance abuse.
__x__ Penalty assessment of $ 10.00 (Waived)
__x__ Fine waived        ____ Fine of $

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

IT IS ORDERED that the Clerk deliver a certified copy of this judgment and commitment to the United States Marshal or other qualified officer and that the copy serve as the commitment of the defendant.

December 29, 2009
Date of Imposition of Sentence

_____
NITA L. STORMES
UNITED STATES MAGISTRATE JUDGE
Entered on: